**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 176 MAL 2018
:
Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
JUSTIN CORLISS, :
:
Petitioner :

**ORDER**

**PER CURIAM**

   **AND NOW**, this 30th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.